1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:96-CR-00282 JAM |
|---|---|
| Plaintiff, | **ORDER DISMISSING SUPERSEDING INDICTMENT AS TO DEFENDANT JASON DAVID HALL** |
| v. | |
| GABRIEL MICHAEL GOMEZ, et al., | |
| Defendant. | |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **JASON DAVID HALL** in the pending Superseding Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: 7/8/2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE